UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES BROWN,<br><br>Defendant. | Case Number:  10-CR-30198-DRH-1 |

### ORDER

On motion of defendant for early termination of his supervised release (Doc. 39), the Court finds that defendant has satisfied all conditions of his supervised release and is no longer in need of supervision.  The motion represents that neither the United States Probation Office nor the United States Attorney's Office opposes early termination of defendant's supervised release. Therefore the Court **ORDERS** that the **SUPERVISED RELEASE** of Charles Brown is **TERMINATED.**

**IT IS SO ORDERED.**

Signed this 11th day of April, 2016.

Digitally signed by
Judge David R. Herndon
Date: 2016.04.11
12:22:20 -05'00'

**United States District Court**